

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-22-00211-CR

───────────────────────

EX PARTE JON KLEIN

---

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CR2022-0419-1 CTS 1-3

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant Jon Klein was indicted for three counts of aggravated sexual assault. He filed a pretrial application for a writ of habeas corpus seeking a bond reduction for those charges. The trial court denied the application, and Klein brought this appeal.

The State has filed an unopposed motion to dismiss this appeal as moot. According to the motion, the aggravated sexual assault charges against Klein were dismissed in December 2022, and Klein is no longer confined on those charges. "The longstanding rule in Texas regarding habeas corpus is that 'where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are moot.'" *Ex parte Cook*, No. 02-19-00286-CR, 2019 WL 6335417, at *1 (Tex. App.—Fort Worth Nov. 27, 2019, no pet.) (mem. op., not designated for publication) (quoting *Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (per curiam) (mem. op.)). Accordingly, we grant the State's unopposed motion and dismiss Klein's appeal as moot. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 9, 2023